No. 7,628. — LOUIS ANDRIOPOULOS, RESPONDENT, v. GREAT NORTHERN RAILWAY CO., APPELLANT.

Decided November 4, 1937.

PER CURIAM.—Pursuant to the stipulation of the parties, it is ordered that the appeal herein be dismissed, the judgment having been fully settled.

*Mr. H. J. Freebourn* and *Mr. N. A. Rotering,* for Respondent.

*Messrs. Weir, Clift & Bennett,* for Appellant.